## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA Ex Rel. Melanie Frazier,<br><br>              Plaintiffs,<br><br>  vs.<br><br>RICHARD V. ANDREWS, M.D.;  RA NEUROLOGICAL, P.C.;  ALEGENT CREIGHTON HEALTH,  ALEGENT CREIGHTON HEALTH IMMANUEL MEDICAL CENTER f/k/a and d/b/a ALEGENT HEALTH-IMMANUEL MEDICAL CENTER d/b/a THE EPILEPSY CENTER,<br><br>              Defendants. | 8:14CV113<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Relator Melanie Frazier's Notice of Voluntary Dismissal (Filing No. 11) and the United States' Notice of Consent to Voluntary Dismissal (Filing No. 12).  The notices comply with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that dismissal of the above-captioned action should be approved.  The Complaint in the above-captioned action should be dismissed with prejudice as to Relator and without prejudice as to the United States.  The Court will not assess costs and attorney's fees.  Accordingly,

    IT IS ORDERED:

    1. Relator Melanie Frazier's Notice of Voluntary Dismissal (Filing No. 11) and the United States' Notice of Consent to Voluntary Dismissal (Filing No. 12) are approved;

    2. The Complaint in the above-captioned action is dismissed with prejudice as to Relator and without prejudice as to the United States; and

3. The Court will not assess costs and attorney's fees.


Dated this 27th day of February, 2015

                                     BY THE COURT:

                                     s/Laurie Smith Camp
                                     Chief United States District Judge